UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FEBRONIO MARTINEZ, | Case No. CV 17-06313-PA (PJW) |
| Plaintiff, | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| L. SCOTT, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion for summary judgment, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has expired and no objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment is granted.

DATED: June 22, 2018 .

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\180622 194 CASE Order accept r&r re Ds' msj.wpd