JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUBEN FEBRONIO MARTINEZ, | ) | Case No. CV 17-06313-PA (PJW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| L. SCOTT, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice.

DATED: June 22, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\180622 194 CASE Judgment.wpd